THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOREN J. WALTERS, Appellant, *v.* EDSON LEWIS, as Police Commissioner of the City of Mount Vernon, Respondent.

*People ex rel. Walters* v.` Lewis,` 111 App. Div. 375, affirmed.
(Argued November 12, 1906; decided November 27, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 26, 1906, which affirmed the determination of the defendant in removing the relator from the police force of the city of Mount Vernon.

*Sydney A. Syme* for appellant.

*David Swits* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.